```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
In re:                                           :
                                                 :
    LOAAI AL-AKWAA,                              :    Chapter 7
                                                 :    Case No.: 17-10892 (SMB)
                                                 :
                           Debtor.               :
-------------------------------------------------X
SAMA'A AL-HAMDANI,                               :
                                                 :
                           Plaintiff,            :
                                                 :
    – against –                                  :    Adv. Proc. No. : 17-01092 (SMB)
                                                 :
LOAAI AL-AKWAA,                                  :
                                                 :
                           Defendant.            :
-------------------------------------------------X
```

## FINAL JUDGMENT

The plaintiff having commenced this adversary proceeding on June 27, 2017, seeking a declaration that a judgment entered against the defendant, her former spouse, by the Superior Court of the District of Columbia, Family Court, Domestic Relations Branch on April 11, 2017 in the amount of $30,000.00 (the "Judgment") was not dischargeable; and the Clerk of the Court having issued a summons on July, 7, 2017, scheduling a pre-trial conference in this adversary proceeding for September 12, 2017, at 10:00 a.m.; and the defendant having filed an answer on August 15, 2017; and the plaintiff having appeared at the scheduled pre-trial conference but the defendant having failed to appear; it is hereby

ORDERED, ADJUDGED AND DECREED pursuant to Rule 9020-1(a) of the Local Bankruptcy Rules of this Court that the Judgment is not dischargeable.

Dated:  New York, New York
        September 12, 2017

                                        /s/ *Stuart M. Bernstein*
                                        STUART M. BERNSTEIN
                                        United States Bankruptcy Judge

TO:

Sama'a Al–Hamdani
1924 8th Street NW
Apt 616
Washington, DC 20001

Julio E. Portilla, Esq.
Law Office of Julio E. Portilla, P.C.
555 Fifth Avenue, 17th Floor
New York, NY 10017