UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LOAAI AL-AKWAA,

               Debtor(s)

Case No: 17-10892-smb

SAMA'A AL-HAMDANI

               Plaintiff,
  -against-

LOAAI AL-AKWAA

               Defendant.

Adv. Proc No.: 17-01092-smb

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**  )
                        ) ss.:
**COUNTY OF NEW YORK**)

DEYANITH SKRIP, being duly sworn, deposes and says

1.    I am not a party to the action, am over 18 years of age and reside in Richmond County, New York.

2.    I certify that on the 11th day of October 2017, I served Debtor's Amended Motion for an Order to Vacate the Order and Judgment Dated September 12, 2017 by depositing a true copy thereof in a post-paid properly addressed sealed envelope by overnight delivery, in a depository within New York City and State under the exclusive care and custody of FedEx, addressed to the following person at the last known address of the addressee as follows:
Sama'a Al-Hamdani
1924 8th Street NW
Apt 616
Washington, DC 20001

                                                     */s/Deyanith Skrip*
                                                     Deyanith Skrip

Sworn to before me this
11th day of October, 2017

*/s/Julio E. Portilla*
NOTARY
No. 02PO6252910
Qualified in New York County
Commission Expires 12/12/2019