**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LOAAI AL-AKWAA,<br><br>                Debtor(s).<br><br>SAMA'A AL-HAMDANI<br><br>      Plaintiff,<br><br>      v.<br><br>LOAAI AL-AKWAA,<br><br>      Defendant. | Case No. 17-10892 (SMB)<br><br><br><br>**NOTICE OF APPEARANCE**<br>**OF PRO BONO COUNSEL**<br><br>Adv. Pro. No. 17-01092 (SMB) |

**PLEASE TAKE NOTICE** that Jordan Harap of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby appears on behalf of Sama'a Al-Hamdani in connection with the above-referenced adversary proceeding, and hereby requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set forth below.

I hereby certify that I am admitted to practice before this Court.

Dated: February 9, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *Jordan Harap*
     Jordan Harap

51 Madison Avenue, 22nd Fl.
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
jordanharap@quinnemanuel.com

*Attorney for Plaintiff Sama'a Al-Hamdani*