James C. Tecce  
Jordan Harap  
QUINN EMANUEL URQUHART & SULLIVAN LLP  
51 Madison Avenue, 22nd Fl.  
New York, NY 10010  
Tel: (212) 849-7000  
Fax: (212) 849-7100  

<u>Hearing Date</u>: **April 24, 2018 at 10:00 a.m.**  
<u>Responses Due</u>: **April 9, 2018 at 4:00 p.m.**  
<u>Replies Due</u>: **April 19, 2018 at 4:00 pm**  

*Attorneys for Plaintiff Sama'a Al-Hamdani*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LOAAI AL-AKWAA,<br><br>　　　　Debtor. | Case No. 17-10892 (SMB) |
| SAMA'A AL-HAMDANI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LOAAI AL-AKWAA,<br><br>　　　　Defendant. | **MOTION OF PLAINTIFF<br>SAMA'A AL-HAMDANI**<br><br>Adv. Pro. No. 17-01092 (SMB) |

**MOTION OF PLAINTIFF SAMA'A AL-HAMDANI FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. BANKR. P. 7012 AND FED. R. CIV. P. 12(c)**

P<small>LEASE</small> T<small>AKE</small> N<small>OTICE</small> T<small>HAT</small>, upon the accompanying Memorandum of Law and Declaration of Jordan Harap, Plaintiff Sama'a Al-Hamdani, by and through her undersigned counsel, moves before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004, on **April 24, 2018 at 10:00 a.m.** for entry of an order granting the *Motion of Plaintiff Sama'a Al-Hamdani For Judgment On The Pleadings Pursuant To Fed. R. Bankr. P. 7012 And Fed. R. Civ.*

*P. 12(c)* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion and the relief requested in the accompanying Memorandum of Law, if any, must be in writing, must conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York (the "Local Rules"), shall set forth the basis for the objection or response and the specific grounds therefore, shall be filed electronically on the Bankruptcy Court's Electronic Case Filing System by no later than **April 9, 2018 at 4:00 pm** (with a courtesy copy to the Chambers of the Honorable Stuart M. Bernstein); and (ii) served upon Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, 22nd Fl., New York, NY 10010; Attn: Jordan Harap.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will file her reply in further support of the Motion and in response to objections thereto (if any) no later than **April 19, 2018**.

DATED:  March 22, 2018
         New York, New York

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

**By :** /s/ **JORDAN HARAP**
    James C. Tecce
    Jordan Harap
    51 Madison Avenue, 22nd Floor
    New York, NY 10010

*Attorneys for Plaintiff Sama'a Al-Hamdani*